795 A.2d 968

**Rosalind P. MOORE, as Parent Natural Guardian of John Doe, Minor; Rosalind P. Moore in her Own Right, Appellants,**

**v.**

**BOARD OF DIRECTORS OF CITY TRUSTS, Girard College Board of Managers, the Estate of Stephen Girard, the Administrators of the Estate of Stephen Girard, Appellees.**

Supreme Court of Pennsylvania.

Argued April 8, 2002.

Decided April 26, 2002.

Rhonda Hill Wilson, for appellant, Rosalind P. Moore.

322

Howard A. Rosenthal, for appellees, Bd. of Directors of City Trust, et al.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Chief Justice ZAPPALA did not participate in the decision of this case.

Justice NIGRO dissents.